UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CONNIE JOANN BAKER ET AL.,

    Plaintiffs,

v.                                     CASE NO. 3:21-cv-131-HES-PDB

NATIONAL FOOTBALL LEAGUE INC./
ENTERPRISES AND JAGUARS
FOOTBALL, LLC,

    Defendants.
_____/

## ORDER

This cause is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 6) recommending this action be dismissed for Baker's failure to prosecute the case and comply with the Court's orders. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 6) is **ADOPTED**;

2. This Complaint (Dkt. 1) is **DISMISSED without prejudice**; and

3. The Clerk is directed to terminate all pending motions and close this

file.

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of July, 2021.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Patricia D. Barksdale
Connie Joann Baker, *Pro Se*
    451 Oakford Drive
    Baton Rouge, LA 70815